# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| USA **,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00336-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| 2015 Dodge Promaster Van $3,708.00 in Currency 2015 Honda Odyssey Minivan**,** Defendant(s). | ) ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 12, 2021 Order.

July 12, 2021

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court